IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAKEERA PENNEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-1321-CFC-LDH |
| | ) | |
| OFFICER STAFFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this 28th day of August in 2026, having considered the Report and Recommendation by United States Magistrate Judge Laura D. Hatcher filed on August 6, 2026 (D.I. 19), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 19) is **ADOPTED**.

2. Defendant Officer Stafford's motion to dismiss Plaintiff's Complaint (D.I. 13) is **GRANTED** and Plaintiff's Complaint (D.I. 2) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the case.

Chief Judge